ELIZABETH V. MCNULTY (SBN 192455)
Email: emcnulty@efsmmlaw.com
JOSHUA D. COOLS (SBN 319531)
Email: jcools@efsmmlaw.com
SAMANTHA M. GERAGHTY (SBN 345646)
Email: sgeraghty@efsmmlaw.com
EVANS FEARS SCHUTTERT MCNULTY MICKUS
1 Park Plaza, Suite 500
Irvine, CA 92614
Telephone: (949) 484-7488
Facsimile: (949) 966-0706

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FAIRMAN, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO: 8:24-cv-00955 JWH - KES<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Jonathan Fairman, and Defendant, FORD MOTOR (the "Parties"), jointly, write to advise this Court that they have settled all causes of actions against all Parties in this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed, as determined by the agreement of the Parties, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 75 days.

Dated: June 11, 2024

                                LAW OFFICES OF JON JACOBS

                                Nicolas M. Dillavou
                                Attorney for Plaintiff
                                JONATHAN FAIRMAN

Dated: June 11, 2024

                                EVANS FEARS SCHUTTERT
                                MCNULTY MICKUS

                                Elizabeth V. McNulty
                                Joshua D. Cools
                                Samantha M. Geraghty
                                Attorneys for Defendant
                                FORD MOTOR COMPANY

JOINT NOTICE OF SETTLEMENT

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1 Park Plaza, Suite 500, Irvine, CA 92614.

On June 11, 2024, I served, in the manner indicated below, the foregoing document described as:

## **JOINT NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

☒ **BY ELECTRONIC TRANSMISSION:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 11, 2024, I checked the CM/ECF docket for this proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below.

| | |
|---|---|
| Nicolas M. Dillavou<br>**LAW OFFICES OF JON JACOBS**<br>2330 One Ridgegate Dr., Suite 245<br>Temecula, CA 92590<br>Telephone: (916) 663-6400<br>Facsimile: (916) 663-6500<br>nic@lemonbuyback.com<br>lisa@lemonbuyback.com<br>kayla@lemonbuyback.com<br>madeline@lemonbuyback.com<br>lina@lemonbuyback.com | Attorneys for Plaintiff<br>**JONATHAN FAIRMAN** |

☒ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2024 at Irvine, California.

Dana Britanico