Nicolas M. Dillavou (SBN 327210)
**LAW OFFICES OF JON JACOBS**
One Ridgegate Dr., Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
nic@lemonbuyback.com

Attorneys for Plaintiff
JONATHAN FAIRMAN

Elizabeth V. McNulty (SBN 192455)
Joshua D. Cools (SBN 319531)
Samantha M. Geraghty (345646)
**EVENS FEARS SCHUTTERT MCNULTY MICKUS**
1 Park Plaza, Suite 500
Irvine, CA 92614
emcnulty@efsmmlaw.com
jcools@efsmmlaw.com
sgeraghty@efsmmlaw.com

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FAIRMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24-cv-00955-JWH-KES<br><br>**STIPULATION OF DISMISSAL** |

***IT IS HEREBY STIPULATED*** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed WITH prejudice pursuant to FRCP 41(a)(1)(A)(ii).

[*SIGNATURES ON PAGE TO FOLLOW*]

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 29, 2024 | **LAW OFFICES OF JON JACOBS** |
| 3 | | */S/ Nicolas M. Dillavou* |
| 4 | | By: _____ |
| 5 | | Nicolas M. Dillavou<br>Attorneys for Plaintiff<br>JONATHAN FAIRMAN |
| 6 | | |
| 7 | | |
| 8 | Dated: August 29, 2024 | **EVENS FEARS SCHUTTERT MCNULTY MICKUS** |
| 9 | | |
| 10 | | */S/ Samantha M. Geraghty* |
| 11 | | By: _____ |
| 12 | | Elizabeth V. McNulty<br>Joshua D. Cools<br>Samantha M. Geraghty<br>Attorneys for Defendant<br>FORD MOTOR COMPANY |
| 13 | | |
| 14 | | |

   I, Nicolas M. Dillavou, attest that all other signatories listed above, and on whose behalf the filing is submitted, concurred with this filing's contents, and has authorized its filing.

*/S/ Nicolas M. Dillavou*

Nicolas M. Dillavou